AO 240 (Rev 10/03)
DELAWARE (Rev. 4/05)

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 OCT 16 AM 8:51

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

_Jannette Saylor_
Plaintiff

V.

_State of DE-DHSS-Div of Child Support_
Defendant(s)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: **07-636**

I, _Jannette Saylor_ declare that I am the (check appropriate box)
☒ Petitioner/Plaintiff/Movant   ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the ⓒomplaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☒ No   (If "No" go to Question 2)

   If "YES" state the place of your incarceration _____

   **Inmate Identification Number (Required):** _____

   Are you employed at the institution? ____  Do you receive any payment from the institution? ____

   _Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions_

2. Are you currently employed?   ☒ Yes   ☐ No
   _Temp assignment @ Cigna - Claymont, DE_

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. $11.00/40hrs = 440 weekly income _Insurance Overload Staffing Systems, 13760 Noel Rd, Suite 340, Dallas, Texas 75240-1306_

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment      Yes   ☒ No
   b. Rent payments, interest or dividends                Yes   ☒ No
   c. Pensions, annuities or life insurance payments  _191.28 month_ ☒ Yes   No
   d. Disability or workers compensation payments         Yes   ☒ No
   e. Gifts or inheritances                               Yes   ☒ No
   f. Any other sources  _Emer. Assist/Welfare Dept_     ☒ Yes   No

   If the answer to any of the above is "YES" describe each source of money and state the amount received AND what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2007 OCT 16  AM 8:52

- $191.28 monthly - ex-husband pension
- When I lost my job 11-14-2006; "01-2007 - Welfare helped with fuel assisted and rent. I'm still behind 2 months.
- I presently work thru temp services. $11.00 per/40hr = $440.00 - Insurance Overload Staffing
- I have 5 unemployment check left until end of Nov 2007.

4. Do you have any cash or checking or savings accounts? Yes (No)
   If "Yes" state the total amount $ 75.00
   at this present time @ catch-up past due - When Temp assignment end & the next started
   5/23/2007
   06/28/2007 to present [10-15-07]

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?
   (Yes)   No
   If "Yes" describe the property and state its value.  1994 Plymouth Voyager Value $500.00

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, OR state NONE if applicable. <divorce/single parent>
   I am head of household - Mother of 5 children And 10 grandson
   N.A.J.          - grandson - Head Start
   B.Y.            - son - Unemployed - seek employment
   R.L.Y.          - son - he works
   I'm Rebuilding - last year this time all was paid each month -

I declare under penalty of perjury that the above information is true and correct.

10-16-2007                    _Janett H. Saylor_
DATE                          SIGNATURE OF APPLICANT

**NOTE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.