IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANNETTE SAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-636-SLR |
| | ) |
| STATE OF DE-DHSS-DIVISION OF | ) |
| CHILD SUPPORT ENF., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 25th day of October, 2007,

the Court having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge