IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANNETTE SAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-636-SLR |
| | ) |
| STATE OF DELAWARE DEPARTMENT OF HEALTH AND SOCIAL SERVICES, DIVISION OF CHILD SUPPORT ENFORCEMENT, COMMISSIONER VINCENT P. MECONI, PHD DANA J. JEFFERSON, KATHLEEN TESTA, LORETTA BRASE, KATHIE GIBSON, CHARLES HAYWARD, MIDGE HOLLAND, DANIEL MINNICK, ESCHALLA CLARKE, HEATHER MORTON, and KELLY A. LANGLEY, | ) |
| | ) |
| Defendant. | ) |

**SUPPLEMENTAL SERVICE ORDER**

At Wilmington this 10th day of December, 2007;

IT IS ORDERED:

1. The clerk of the court shall cause a copy of this order to be mailed to plaintiff.

2. Plaintiff has filed an amended complaint (D.I. 6) adding as defendants Vincent P. Meconi, Dana J. Jefferson, Kathleen Testa, Loretta Brase, Kathie Gibson, Charles Hayward, Midge Holland, Daniel Minnick, Eschalla Clarke, Heather Morton, and Kelly A. Langley.

3. Pursuant to Fed. R. Civ. P. 4(c)(2) and (d)(2), plaintiff has provided original "U.S. Marshal 285" forms for each defendant. **Plaintiff shall provide a "U.S. Marshal 285" form for the Attorney General of the State of Delaware**, 820 N. FRENCH

STREET, WILMINGTON, DELAWARE, 19801, pursuant to DEL. CODE ANN. tit. 10 § 3103(c).  **Plaintiff shall also provide the court with copies of the complaint (D.I. 2) and the amended complaint (D.I. 6) for service upon all defendants and the attorney general.  Furthermore, the plaintiff is notified that the United States Marshal will not serve the complaint until all "U.S. Marshal 285" forms and copies of the complaint and amended complaint have been received by the clerk of the court. Failure to provide the "U.S. Marshal 285" form for the attorney general and copies of the complaint and amended complaint within 120 days of this order may result in the complaint being dismissed or defendants being dismissed pursuant to Federal Rule of Civil Procedure 4(m).**

4. Upon receipt of the completed "U.S. Marshal 285" form, the United States Marshal shall serve a copy of the complaint and this order upon defendants as directed by plaintiff.  All costs of service shall be advanced by the United States.

5. No communication, including pleadings, briefs, statement of position, etc., will be considered by the court in this civil action unless the documents reflect proof of service upon the parties or their counsel.

                                                       _/s/ Sue L. Robinson_
                                                       UNITED STATES DISTRICT JUDGE