| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Jannette Saylor | COURT CASE NUMBER<br>CA 07-636 SLR |
|---|---|
| DEFENDANT State of Delaware, DHSS-Div. of Child Enf. Commissioner Vincent P. Meconi PHD, Dana J. Jefferson, Kathleen Testa, clerk Loretta Bruse, Kathie Gibson, Charles Hayward, Midge Holland, Daniel Minick, Heath Mota | TYPE OF PROCESS<br>Complaint |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Attorney General of the State of Delaware

AT  ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
820 N French Street, Wilmington, Delaware 19801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Jannette Saylor,
29 E 23rd Street
Wilmington, DE 19802

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 11 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PAUPER CASE
Phone: 302-577-8400
Office Hours: 8-4:30 pm

Serve at the above address in Reference to:
State of Delaware,
DHSS-Div of Child Support Enforcement
1901 N. Dupont Hwy
New Castle, DE 19720

-AND-

Site Location:
State of Delaware,
DHSS-Div. of Child Enf.
84A Christiana Rd
New Castle, DE 19720

Signature of Attorney [Pro se] or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Jannette Saylor

TELEPHONE NUMBER: 302-576-0493
DATE: 12-17-2007

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 15 | District to Serve<br>No. 5 | Signature of Authorized USMS Deputy or Clerk<br>BF | Date<br>1-15-08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Richard Hubbard DAG

| ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|

Address (complete only if different than shown above)

| Date of Service<br>1/15/08 | Time<br>am/pm |
|---|---|
| Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges<br>(including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

2008 JAN 16 AM 9:02
FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| PRIOR EDITIONS<br>MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|