U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal"  
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Jannette Saylor | COURT CASE NUMBER: 07-636 SCR |
| DEFENDANT: Eschalla Clarke | TYPE OF PROCESS: Complaint |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
Eschalla Clarke, Administrative Sp II, Supervisor  
AT ADDRESS: State of DE - DHSS - Division of Child Support Enforcement  
84A Christina Road, New Castle, DE 19720

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:  
Jannette Saylor  
29 E 23rd St.  
Wilmington, DE 19802

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Location: Building complex at the intersection of Rt 273 and Churchman Road  
PAUPER CASE  
Telephone: 302-326-6024   Business Time: 8am - 4:30pm

Signature of Attorney or other Originator requesting service on behalf of: PRO SE  
Jannette A Saylor  
☑ PLAINTIFF  ☐ DEFENDANT  
TELEPHONE NUMBER: 302-576-0493  
DATE: 12-06-2007

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)  
Total Process: 1 | District of Origin No. 15 | District to Serve No. 15 | Signature of Authorized USMS Deputy or Clerk | Date: 1-15-08

☑ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):  
Linda Kusz Office Mgr

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):  

Date of Service: 1/29/08   Time: 1:00 pm  
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS:

PRIOR EDITIONS MAY BE USED  
**1. CLERK OF THE COURT**  
FORM USM-285 (Rev. 12/15/80)