**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

PLAINTIFF: Jannette Saylor
COURT CASE NUMBER: 07-636 SCR
DEFENDANT: Midge Holland
TYPE OF PROCESS: Complaint

SERVE NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN:
Midge Holland, Chief of Administration
ADDRESS: State of DE – DHSS – Division of Child Support Enforcement
84A Christina Road, New Castle, DE 19720

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Jannette Saylor
29 E. 23rd St.
Wilmington, DE 19802

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:
Location: Building Complex at the intersection of Rt 273 and Churchman Road
PAUPER CASE
Telephone No.: 302-326-6024
Business Time: 8:00am - 4:30pm

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF  ☐ DEFENDANT
PRO SE
Jannette Saylor
TELEPHONE NUMBER: 302-576-0493
DATE: 12-06-2007

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No.: 5
District to Serve No.: 15
Signature of Authorized USMS Deputy or Clerk: BF
Date: 1-15-08

☑ I hereby certify and return that I have personally served...

Name and title of individual served: Sabrina Brunson, Admin Spec.
Date of Service: 1/29/08
Time: 12:30 pm
Signature of U.S. Marshal or Deputy: BF

REMARKS: