IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANNETTE SAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 07-636-SLR |
| STATE OF DELAWARE ) | |
| DEPARTMENT OF HEALTH AND ) | |
| SOCIAL SERVICES, DIVISION OF ) | |
| CHILD SUPPORT ENFORCEMENT, ) | |
| COMMISSIONER VINCENT P. MECONI, ) | |
| PHD DANA J. JEFFERSON, KATHLEEN ) | |
| TESTA, LORETTA BRASE, KATHIE ) | |
| GIBSON, CHARLES HAYWARD, ) | |
| MIDGE HOLLAND, DANIEL MINNICK, ) | |
| ESCHALLA CLARKE, HEATHER ) | |
| MORTON, and KELLY A. LANGLEY, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO DISMISS COMPLAINT

The above-captioned defendants by and through undersigned counsel, hereby move this Honorable Court to enter an Order dismissing plaintiff's Complaint with prejudice, pursuant to Fed.R Civ.P. 12(b)(1) and 12(b)(6), for the reasons set forth in the accompanying Defendants' Opening Brief in Support of Their Motion to Dismiss.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

s/s  *Kevin R. Slattery*
Kevin R. Slattery, I.D. #2297
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8400
Attorney for State of Delaware,
Department of Health and Human
Services

Dated: February 19, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANNETTE SAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-636-SLR |
| | ) | |
| STATE OF DELAWARE DEPARTMENT OF HEALTH AND SOCIAL SERVICES, DIVISION OF CHILD SUPPORT ENFORCEMENT, COMMISSIONER VINCENT P. MECONI, PHD DANA J. JEFFERSON, KATHLEEN TESTA, LORETTA BRASE, KATHIE GIBSON, CHARLES HAYWARD, MIDGE HOLLAND, DANIEL MINNICK, ESCHALLA CLARKE, HEATHER MORTON, and KELLY A. LANGLEY, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

At Wilmington, Delaware, this _____ day of _____, 2008,

IT IS SO ORDERED that Plaintiff's Complaint against Defendants is dismissed with prejudice for the reasons stated in the attached Motion to Dismiss and Defendants' Opening Brief in Support of Their Motion to Dismiss.

_____
United States District Court Judge
Sue L. Robinson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANNETTE SAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-636-SLR |
| | ) | |
| STATE OF DELAWARE DEPARTMENT OF HEALTH AND SOCIAL SERVICES, DIVISION OF CHILD SUPPORT ENFORCEMENT, COMMISSIONER VINCENT P. MECONI, PHD DANA J. JEFFERSON, KATHLEEN TESTA, LORETTA BRASE, KATHIE GIBSON, CHARLES HAYWARD, MIDGE HOLLAND, DANIEL MINNICK, ESCHALLA CLARKE, HEATHER MORTON, and KELLY A. LANGLEY, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on February 19, 2008, she caused the attached **DEFENDANTS' MOTION TO DISMISS COMPLAINT** to be delivered to the following person(s) in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

**Jannette Saylor**
**29 E. 23rd Street**
**Wilmington, DE 19802**

**MANNER OF DELIVERY:**
    X    Two true copies by first class mail, postage prepaid, to each recipient

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        s/s    *Kevin R. Slattery*
        Kevin R. Slattery, I.D. #2297
        Deputy Attorney General
        Carvel State Office Building
        820 N. French Street, 6th floor
        Wilmington, DE 19801
        (302) 577-8400
        Attorney for State Defendants