IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANNETTE SAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-636-SLR |
| | ) |
| STATE OF DE-DHSS-DIVISION OF | ) |
| CHILD SUPPORT ENF., et al., | ) |
| | ) |
| Defendants. | ) |

## O R D E R

At Wilmington this 15th day of April, 2008, defendants having filed a motion to dismiss on February 19, 2008 (D.I. 21);

IT IS ORDERED that briefing on this motion shall proceed in accordance with the following schedule:

    1.    Plaintiff shall file and serve an answering brief in response to defendants' motion on or before **May 16, 2008**.

    2.    Defendants may file and serve a reply brief on or before **June 2, 2008**.

_____
United States District Judge