IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANNETTE SAYLOR, )<br>  )<br>     Plaintiff, )<br>  )<br> v. )<br>  )<br> STATE OF DELAWARE )<br> DEPARTMENT OF HEALTH AND )<br> SOCIAL SERVICES, DIVISION OF )<br> CHILD SUPPORT ENFORCEMENT, )<br> COMMISSIONER VINCENT P. MECONI, )<br> PHD DANA J. JEFFERSON, KATHLEEN )<br> TESTA, LORETTA BRASE, KATHIE )<br> GIBSON, CHARLES HAYWARD, )<br> MIDGE HOLLAND, DANIEL MINNICK, )<br> ESCHALLA CLARKE, HEATHER )<br> MORTON, and KELLY A. LANGLEY, )<br>  )<br>     Defendants. ) | C.A. No. 07-636-SLR |

**PLAINTIFF MOTION TO CONTINUE; MOTION FOR DISCOVERY;
MOTION FOR DEFENDANTS AFFIDAVIT; and MOTION TO SUBPPOENA**

I, Jannette Saylor the above-captioned plaintiff, hereby move to ask this Honorable Court for a Order to continue for:

1. Motion for Discovery;

2. Motion for Defendants Affidavit regard Plaintiff Job Termination Letter dated: November 14, 2006;

3. Motion to Subpoena Business Records.

The Defendants' enter an Order dismissing Plaintiff's Complaint with prejudice, pursuant to Fed.R Civ.P. 12(b)(1) and 12(b)(6), for the reasons set forth in the accompany Defendants' Opening Brief in Support of Their Motion to Dismiss. The Defendants' Motion to Dismiss is without Discovery and Due Process.

I hereby move to ask this Honorable Court to enter an Order to continue. I hereby move to ask this Honorable Court to protect all employees' rights to due process under Title VII of the Civil Rights Act of 1964 for discrimination related to employment retaliation jurisdiction exists by virtue of 42 U.S.C. Sec 2000e - 3[Section 704]a.0.

Jannette Saylor, Pro se
2602 N. Madison Street
Wilmington, Delaware 19802
(302) 384-2654

Dated: May 14, 2008

*/s/ Jannette Saylor*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANNETTE SAYLOR, )<br>)<br>Plaintiff, )<br>)<br>V. )<br>)<br>STATE OF DELAWARE )<br>DEPARTMENT OF HEALTH AND )<br>SOCIAL SERVICES, DIVISION OF )<br>CHILD SUPPORT ENFORCEMENT, )<br>COMMISSIONER VINCENT P. MECONI, )<br>PHD DANA J. JEFFERSON, KATHLEEN )<br>TESTA, LORETTA BRASE, KATHIE )<br>GIBSON, CHARLES HAYWARD, )<br>MIDGE HOLLAND, DANIEL MINNICK, )<br>ESCHALLA CLARKE, HEATHER )<br>MORTON, and KELLY A. LANGLEY, )<br>)<br>Defendants. ) | C.A. No. 07-636-SLR |

**CERTIFICATE OF MAILING AND/OR DELIVERY**

This certifies that on May 15, 2008, Jannette Saylor the above-captioned plaintiff, caused the attached **PLAINTIFF MOTION TO CONTINUE; MOTION FOR DISCOVERY; MOTION FOR DEFENDANTS AFFIDAVIT; and MOTION TO SUBPPOENA** to be delivered to

NAME OF DEFENDANTS ATTORNEY AND ADDRESS TO BE SENT TO ABOVE-CAPTIONED DEFENDANTS:

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

KEVIN R. SLATTERY, I.D. #2297
DEPUTY ATTORNEY GENERAL
CARVEL STATE OFFICE BUILDING
820 N. FRENCH STREET, 6TH FLOOR
WILMINGTON, DELAWARE   19801

**MANNER OF DELIVERY:**
   X    Thirteen true copies by certified first class mail.

Jannette Saylor, Pro se
2602 N. Madison Street
Wilmington, Delaware   19802
(302) 384-2654