IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANNETTE SAYLOR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STATE OF DELAWARE )<br>DEPARTMENT OF HEALTH AND )<br>SOCIAL SERVICES, DIVISION OF )<br>CHILD SUPPORT ENFORCEMENT, )<br>COMMISSIONER VINCENT P. )<br>MECONI, DANA J. JEFFERSON, )<br>KATHLEEN TESTA, LORETTA )<br>BRASE, KATHIE GIBSON, CHARLES )<br>HAYWARD, MIDGE HOLLAND, )<br>DANIEL MINNICK, ESCHALLA )<br>CLARKE, HEATHER MORTON, )<br>and KELLY A. LANGLEY, )<br>)<br>Defendants. ) | Civ. No. 07-636-SLR |

**ORDER**

At Wilmington this 4th day of August, 2008, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that:

1. Defendants' motion to dismiss (D.I. 22) is granted with respect to the individual defendants.

2. On or before **September 5, 2008,** plaintiff shall supplement the record with proof that her initial charge of discrimination was dual filed with the EEOC and that the instant litigation was filed timely and otherwise in compliance with 42 U.S.C. § 2000e-5.

3. If plaintiff fails to supplement the record within the allotted thirty days, the court

will grant defendants' motion to dismiss with respect to the DCSE.

                                                                                                              _____
                                                                                                              United States District Judge